

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-15-00238-CV

| | | |
|---|---|---|
| In re OOIDA Risk Retention Group, Inc., Certain Underwriters at Lloyds, and George Odom | § | Original Proceeding |
| | § | From the 355th District Court |
| | § | of Hood County (C2013333) |
| | § | September 4, 2015 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relators OOIDA Risk Retention Group, Inc., Certain Underwriters at Lloyds, and George Odom. We conditionally grant the mandamus relief requested by Relators in their first issue; direct the trial court to vacate its order denying Relators' motion to appoint an umpire; and direct the trial court to grant Relators' motion and appoint an umpire in accordance with Condition 12 of the insurance policy. All other relief requested by Relators in their petition is otherwise denied. Writ will issue only if the trial court fails to comply.

It is ordered that real party in interest Ricky Lee Wells shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner_____
      Justice Anne Gardner